# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2210
_____

DEAN WILLIAM CONSYLMAN, as
interested person, next of kin,
and son of the Decedent Arthur
William Consylman,

    Appellant,

    v.

IN RE: ESTATE OF ARTHUR
WILLIAM CONSYLMAN, CHASE
CONSYLMAN, DARBY JONES, and
DREW CONSYLMAN,

    Appellees.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

May 27, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Virginia Ashley Paxton of Hunker Paxton Appeals & Trials, Oakland Park, for Appellant.

Sarah Butters, Kenneth Paul Abele, and Luke William Forsthoefel of Ausley McMullen, Tallahassee, for Appellee Chase Consylman.

John Patrick Floyd of Law Offices of J. Patrick Floyd, Port St. Joe, Twyla Sketchley of The Sketchley Law Firm, P.A., Tallahassee; Zachary F Lawton of Lawton Appeals, PLLC, Tallahassee, for Appellee Darby Jones.